**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IBRAHIM T. LAWAL,<br><br>Plaintiff,<br><br>v.<br><br>INNOVATIVE HOME CARE FOUNDATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-02685-JD |

**ORDER**

Before the Court is United States Magistrate Judge Amanda L. Maxfield's Report and Recommendation ("R. & R.") [Doc. No. 5], to which Plaintiff Ibrahim Lawal ("Plaintiff") filed objections. [Doc. No. 6]. As discussed below, the Court accepts and adopts the R. & R.

Plaintiff, proceeding *pro se*, filed this case against Defendant Innovative Home Care Foundation. [Doc. No. 1]. Plaintiff also filed a Motion for Leave to Proceed in Forma Pauperis ("Motion"). [Doc. No. 2]. The Court referred the Motion to Judge Maxfield under 28 U.S.C. § 636(b)(1)(B) and (C). [Doc. No. 3].

The R. & R. recommends denying the Motion [Doc. No. 2] and dismissing the action without prejudice if Plaintiff does not pay the $405.00 filing fee in full to the Clerk of Court within 21 days of this order. [Doc. No. 5 at 2–3]. The R. & R. based its recommendation upon the conclusion that Plaintiff has sufficient financial resources to pay the filing fee. [*Id.* at 2]. The R. & R. advised Plaintiff of his right to object and warned that failure to file a timely objection would waive the right to appellate review of

the factual and legal issues in the R. & R. [*Id.* at 3 (citing *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991))]. Plaintiff filed an objection. [Doc. No. 6].

"[A] party's objections to the magistrate judge's report and recommendation must be both timely and specific to preserve an issue for de novo review by the district court or for appellate review." *United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996). By not objecting to a magistrate judge's report and recommendation, a party waives his right to challenge the legal and factual basis for the magistrate judge's decision. *See Ayala v. United States*, 980 F.2d 1342, 1352 (10th Cir. 1992) (holding that the plaintiffs "waived their right to appeal the magistrate's ruling" because they did not file any objections); *Moore*, 950 F.2d at 659 ("Our waiver rule provides that the failure to make timely objection to the magistrate's findings or recommendations waives appellate review of both factual and legal questions.").

Plaintiff filed an objection to the R. & R., but the objection does not assert that the R. & R. committed any legal or factual error. [*See* Doc. No. 6]. Therefore, Plaintiff has not presented a specific objection entitling him to de novo review of the R. & R. Alternatively, although the Court is not required to review the record and law de novo because Plaintiff has not presented a specific objection, the Court has done so and determines it should adopt the R. & R. in full.

Accordingly, for the above reasons, the Court ACCEPTS and ADOPTS the R. & R. [Doc. No. 5]. The Court, therefore, DENIES Plaintiff's Motion for Leave to Proceed in Forma Pauperis. [Doc. No. 2]. The Court will dismiss this action without prejudice to refiling if Plaintiff does not pay the $405.00 filing fee in full to the Clerk of the Court

within 21 days of this Order, or by November 10, 2026. *See* LCvR3.3(e).

IT IS SO ORDERED this 20th day of October 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE